No. 80–2079. RENO, STATE ATTORNEY OF DADE COUNTY, FLORIDA, ET AL. *v.* CONCERNED DEMOCRATS OF FLORIDA ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–286. COEN ET AL. *v.* HARRISON COUNTY SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–291. ILLINOIS *v.* BOCHNIAK. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–433. COOPERS & LYBRAND *v.* SHARP ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–586. DIAMOND M CO. *v.* RAINES ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 81–664. STODDARD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–729. LADMER *v.* UNITED STATES; and
No. 81–730. DILAPI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–742. SUGGS *v.* ALABAMA; and
No. 81–761. SUGGS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. Reported below: No. 81–742, 403 So. 2d 309; No. 81–761, 403 So. 2d 303.

No. 81–748. THOREEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–763. KATZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.